| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>   Acting United States Attorney<br>2  SAMUEL WONG<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2772<br><br>5  Attorneys for Plaintiff<br>   United States of America | **FILED**<br><br>NOV - 1 2016<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>THE ENTIRE PREMISES COMPRISED OF THAT AREA OF LAND ON THE HUMBOLDT-TOIYABE NATIONAL FOREST USED TO MANUFACTURE AND/OR SUPPORT THE MANUFACTURE OF MARIJUANA PLANTS LOCATED IN THE CLOSE PROXIMITY OF THE GLOBAL POSITIONING SYSTEM ("GPS") COORDINATES OF 119 24' 55.86"W 38 27 '02.77"N (WHERE THE MARIJUANA MANUFACTURERS HAVE ESTABLISHED A LIVE-IN CAMPSITE) AND 119 24' 41.64"W 38 26' 57.31"N (WHERE THE SUSPECTS ARE MANUFACTURING THE MARIJUANA PLANTS) AND ASSOCIATED AREAS | CASE NO. 2:16-SW-0659 AC<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE<br><br><br>**SEALED** |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the duly authorized search warrant in this matter, and good cause appearing therefrom,

///

///

///

1

IT IS HEREBY ORDERED that the United States Forest Service and other investigative agencies involved in the investigation of this matter are authorized to photograph and/or video record; count; sample; and then promptly destroy the remaining marijuana plants and processed marijuana (beyond the preserved samples) seized pursuant to execution of the search warrant issued by this Court.

DATED: October 7, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
United States Magistrate Judge